# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 22-1360V

RAJENDER TOMAR,

       Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

       Respondent.

Chief Special Master Corcoran

Filed: April 29, 2024

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*Sarah Christina Duncan, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On September 23, 2022, Rajender Tomar filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered Guillain-Barré Syndrome ("GBS"), a defined Table injury, after receiving an influenza ("flu") vaccine on September 26, 2019.[3] Petition at 1 ¶¶ 1, 15. Petitioner also alleges that he received the flu vaccine within the United States, that he suffered the residual effects of his GBS for more than six months,

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

[3] As Respondent observed in his Rule 4(c) Report, Petitioner also received tetanus, diphtheria, acellular pertussis and measles, mumps, and rubella vaccines. *See* Rule 4(c) Report at 1 n.1 (citing Exhibit 2 at 4).

and that neither he nor any other party has filed a civil action or received compensation for his GBS. *Id.* at ¶¶ 1, 14-16. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 29, 2024, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent believes "that [P]etitioner has satisfied the criteria set forth in the revised Vaccine Injury Table ("Table") and Qualifications and Aids to Interpretation ("QAI")." *Id.* at 7.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master